1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   PETER V. SHELTON,                         No.  2:14-cv-2000 AC P

12                   Petitioner,

13         v.                                  ORDER

14   L. ROMERO, Warden,

15                   Respondent.

16

17         Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma pauperis

19   affidavit or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).  Petitioner

20   will be provided the opportunity to either submit the appropriate affidavit in support of a request

21   to proceed in forma pauperis or submit the appropriate filing fee.

22         In accordance with the above, IT IS HEREBY ORDERED that:

23         1.  Petitioner shall submit, within thirty days from the date of this order, an affidavit in

24   support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's

25   failure to comply with this order will result in a recommendation that this action be dismissed;

26   and

27   /////

28   /////

                                              1

1      2.  The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis

2  form used by this district.

3  DATED: September 2, 2014

4

5  ALLISON CLAIRE
   UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28